UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GIORGI USHARAULI, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-288 |
| | § | |
| KRISTI NOEM, *et al.*, | § | |
| | § | |
| Respondents. | § | |

# **ORDER**

Petitioner Giorgi Usharauli is currently detained by Immigration and Customs Enforcement at the Port Isabel Service Processing Center in Cameron County, Texas. In this habeas action, Petitioner contests Respondents' ability to detain him without a bond hearing under 8 U.S.C. § 1225(b)(2)(A).

Petitioner concedes that the Fifth Circuit's ruling in *Buenrostro-Mendez v. Bondi*, 166 F.4th 494 (5th Cir. 2026) forecloses his statutory arguments. But he contends that *Buenrostro* does not address whether the Fifth Amendment's Due Process Clause permits Respondents to detain an individual under Section 1225(b)(2)(A) without an opportunity to seek bond.

The Court has previously considered and rejected similar arguments. *See, e.g., Kardava v. Vergara*, Civil Case No. 1:25-cv-309 (S.D. Tex. March 3, 2025) (citing *Zuniga v. Lyons*, No. 1:25-CV-221-H, 2025 WL 3755126, at *8 (N.D. Tex. Dec. 29, 2025); *Guzman-Diaz v. Noem*, No. 3:25-CV-3008-X-BN, 2026 WL 309938, at *8 (N.D. Tex. Feb. 5, 2026); *Giron v. Noem*, No. 4:26-CV-00086, 2026 WL 252370, at *2 (S.D. Tex. Jan. 28, 2026); *Banyee v. Garland*, 115 F.4th 928, 930 (8th Cir. 2024)).

Petitioner also alleges a cause of action under the Administrative Procedure Act. (Pet., Doc. 1, ¶¶ 69–74)

To facilitate the Court's consideration of the issues that Petitioner presents, it is:

**ORDERED** that by no later than March 27, 2026, Petitioner Giorgi Usharauli shall file a Statement explaining why the reasoning in the previously-referenced decisions does not apply to the claims that he presents, as well as the legal basis for his cause of action based on the Administrative Procedure Act;

**ORDERED** that by no later than April 7, 2026, Respondents shall file a Response to the relief that Petitioner requests; and

**ORDERED** that by no later than April 14, 2026, Petitioner shall file a Reply in support of the relief that he requests.

Signed on March 13, 2026.

_____
Fernando Rodriguez, Jr.
United States District Judge